UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,)
) CASE NO. MJ 12-361
    Plaintiff,)
)
    v.)
) DETENTION ORDER
DANTE BARBARIN,)
)
    Defendant.)
)

<u>Offense charged</u>: Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone; Use of a Communication Facility for the Purpose of Drug Trafficking

<u>Date of Detention Hearing</u>: July 5, 2012.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted in the Eastern District of California for the above-referenced charges, Case No. CR12-0169 ED/CA. He has waived an identity hearing, and an Order of Transfer has been signed.

2. Defendant does not contest detention at this time. He was not interviewed by Pretrial Services, so much of his background information is not verified or is unknown. His criminal history includes previous violations and revocation of federal supervised release.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

01     Officer.

02     DATED this <u>6th</u> day of July, 2012.

                                                                              _/s/ Mary Alice Theiler_
                                                                          Mary Alice Theiler
                                                                          United States Magistrate Judge

DETENTION ORDER
PAGE -3